United States Courts
Southern District of Texas
FILED
*January 14, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| vs. | § CRIMINAL NO. **4:26-cr-00026** |
| **BRENDA MARIANA GARCIA** | § |
| **TANIA EVETTE GARCIA** | § |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### (Kidnapping)

On or about March 28, 2025, and continuing through September 28, 2025, within the Southern District of Texas,

**BRENDA MARIANA GARCIA**
and
**TANIA EVETTE GARCIA**,

did willingly and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom, reward and otherwise Minor Victim 1, and, in committing and in furtherance of the commission of the offense, used any means, facility, and instrumentality of interstate and foreign commerce, namely the internet, a cellphone, and surveillance equipment.

The Grand Jury further alleges that the victim of the offense under this section had not attained the age of eighteen years, and that each Defendant had attained such age and was not a parent, grandparent, brother, sister, aunt, uncle, or an individual having legal custody of the victim.

**In violation of Title 18, United States Code, Sections 1201(a), 1201(b), 1201(g) and 2.**

## COUNT TWO
**(Forced Labor)**

On or about March 28, 2025, and continuing through September 28, 2025, within the Southern District of Texas,

**BRENDA MARIANA GARCIA**
and
**TANIA EVETTE GARCIA**,

did knowingly provide and obtain the labor and services of Minor Victim 1 by means of force, threats of force, physical restraint, and threats of physical restraint to Minor Victim 1, serious harm and threats of serious harm to Minor Victim 1, the abuse and threatened abuse of law and legal process, and any scheme, plan, and pattern intended to cause Minor Victim 1 to believe that, if she did not perform such labor and services, she would suffer serious harm and physical restraint.

The Grand Jury further alleges that this act included kidnapping and attempted kidnapping.

**In violation of Title 18, United States Code, Sections 1589(a), 1589(d), 1594(a) and 2.**

## NOTICE OF FORFEITURE
### 18 U.S.C. § 1594(d)

Pursuant to Title 18, United States Code, Section 1594(d), the United States gives notice to the defendants that in the event of conviction of the violation charged in Count Two, they shall forfeit to the United States:

a. Any property, real or personal, involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

b. Any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such violation, and any property traceable to such property.

The United States gives further notice that the property subject to forfeiture includes, but is not limited to, the residential real property on Goodman Road in Conroe, Texas, together with all improvements, buildings, structures and appurtenances.

The United States gives notice that it may seek a money judgment against each defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of each defendant up to the amount of the money judgment.

A True Bill:

Original Signature on File
_____
Grand Jury Foreperson

NICHOLAS J. GANJEI
United States Attorney

By: _____
Luis Batarse
Assistant United States Attorney
713-567-9407