United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | CRIMINAL ACTION NO. |
| | § | 4:26–cr–00026 |
| | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Brenda Mariana Garcia, | § | |
| Tania Evette Garcia, | § | |
| Defendant(s). | § | |

## SCHEDULING AND DOCKET CONTROL ORDER

The Court ORDERS the following deadlines for further proceedings as follows:

1. July 24, 2026     **MOTIONS DEADLINE**
Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent conferred in good faith and could not agree on proper disposition.

2. August 17, 2026     **PRETRIAL MATERIALS**

3. August 21, 2026

   at 09:30 AM     **PRETRIAL CONFERENCE**
The parties must appear before Judge Charles Eskridge, Courtroom 9F. *Defendant must be present in person. Parties are required to disclose expert witness information 45-days prior to pretrial conference.*

4.   August 25, 2026                **JURY SELECTION AND TRIAL**
                                     Not later than five business days before this
     at 09:30 AM                     date each party must file and deliver pretrial
                                     materials to the Court as directed in the
                                     Court's procedures.

5.   yes                            **CONSENT TO EXCLUDABLE DELAY UNDER THE
                                     SPEEDY TRIAL ACT?**
                                     Indicate *Yes* or *No*.

6.                                  **ESTIMATED TIME FOR TRIAL?**
                                     Indicate the anticipated number of days.

Direct questions about this schedule to:

Jennelle Gonzalez
Case Manager to Hon. Charles Eskridge
Jennelle_Gonzalez@txs.uscourts.gov
(713) 250-5257

Signed on June 9, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge